| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* EP-07-CR-1963FM(1) |  |
|---|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* CR 09 0181 | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Christian Blake Fisher Northern District of California | | DISTRICT WD/TX | DIVISION El Paso | |
| | | NAME OF SENTENCING JUDGE Frank Montalvo | | |
| | | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 02/21/08 | TO 02/20/13 |

OFFENSE
Importing a Quantity of Marijuana, a violation of 21 U.S.C. 952 and 960

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/2/09
Date

*signature*
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA.

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-11-09
Effective Date

*signature*
United States District Judge